

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00487-CV

**IN RE** Samantha Renee **VEGA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice

On July 17, 2018, relator filed a petition for writ of mandamus and a motion for emergency stay of the trial court's July 13, 2018 Order Vacating Temporary Ex Parte Protective Order pending final resolution of the petition for writ of mandamus. On that same date, this court issued an order denying relator's request for a stay and ordering relator to file with this court a copy of any order or ruling issued by the trial court following a July 18, 2018 hearing. On July 25, 2018, relator filed a copy of the "Judge's Notes" from the hearing.

Relator is hereby ORDERED to show cause in writing, <u>no later than August 9, 2018</u> her petition for writ of mandamus is not moot.

It is so **ORDERED** on July 27, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-12371, styled *In the Matter of the Marriage of Christopher Post and Samantha Rene Vega*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.